UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
GALLO, MICHAEL ANTHONY                §    Case No. 08-34099
GALLO, PAMELA TERESE                  §
                                      §
                                      §
         Debtor(s)                    §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Kenneth Gardner
        U.S. Bankruptcy Court Clerk
        219 South Dearborn Street- 7th Floor
        Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/06/2010 in Courtroom 744,

        United States Courthouse
        219 South Dearborn Street
        Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: Kenneth S. Gardner_____
                                             Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
GALLO, MICHAEL ANTHONY § Case No. 08-34099
GALLO, PAMELA TERESE §
 §
    Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 24,803.47 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 24,803.47 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Phillip D. Levey | $ 3,230.35 | $ 41.68 |
| Attorney for trustee: Phillip D. Levey | $ 4,357.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | _____ | $_____ | $_____ |
| *Attorney for:* | _____ | $_____ | $_____ |
| *Accountant for:* | _____ | $_____ | $_____ |
| *Appraiser for:* | _____ | $_____ | $_____ |
| *Other:* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 124,189.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 13.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *DISCOVER BANK* | $ 7,940.65 | $ 1,098.13 |
| *000002* | *DISCOVER BANK* | $ 15,287.03 | $ 2,114.07 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 4,083.51 | $ 564.72 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 3,127.72 | $ 432.54 |
| 000005 | CHASE BANK USA, NA | $ 8,744.05 | $ 1,209.23 |
| 000006 | CHASE BANK USA, NA | $ 23,625.44 | $ 3,267.21 |
| 000007 | eCAST Settlement Corporation assignee of HSBC Bank | $ 5,538.49 | $ 765.93 |
| 000008 | American Express Bank FSB | $ 2,308.09 | $ 319.19 |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 9,746.52 | $ 1,347.86 |
| 000010 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 13,063.70 | $ 1,806.60 |
| 000011 | First National Bank of Omaha | $ 5,924.59 | $ 819.32 |
| 000012 | James Huber | $ 24,800.00 | $ 3,429.64 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Kenneth S. Gardner_____
Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pgordon                Page 1 of 2                   Date Rcvd: Mar 05, 2010
Case: 08-34099                 Form ID: pdf006              Total Noticed: 37


The following entities were noticed by first class mail on Mar 07, 2010.
db/jdb        +Michael Anthony Gallo,    Pamela Terese Gallo,    159 Dallas Dr.,    Bartlett, IL 60103-1306
tr            +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
12958009       American Express,    xxxx-xxxxx2-41007,    P.O. Box 297814,    Ft. Lauderdale, FL  33329-7814
13970201       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12958010       Bank of America,    xxxx xxxx xxxx 4032,    P.O. Box 15726,    Wilmington, DE  19886-5726
12958011      +Best Buy,    xxxx xxxx xxxx 2039,    Retail Services,    P.O. Box 17298,    Baltimore, MD 21297-1298
13866739      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
14349863       CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
12958012      +Capital One,    xxxx xxxx xxxx 0891,    P.O. Box 5155,    Norcross, GA 30091-5155
12958013      +Central Du Page Hospital,    3755514,    c/o H&R Accounts Inc.,    7017 John Deere Pkwy.,
                Moline, IL 61265-8072
12958014       Chase,    xxxx xxxx xxxx 5618,    P.O. Box 15153,    Wilmington DE  19886-5153
12958015       Chicago Tribune Circulation,    4458080,    c/o Biehl & Biehl,    P.O. Box 87410,
                Carol Stream, IL  60188-7410
12958016       Childrens Memorial Hospital,    74753631,    c/o VanRu Credit Corp.,    1350 W. Touhy Ave. #100e,
                Des Plaines, IL  60018
12958017       Citi Card,    xxxx xxxx xxxx 6374,    P.O. Box 6000,    The Lakes, NV  89163-6000
12958020      +Dr. James Ryan,    840 W. Bartlett Rd.,    Bartlett, IL 60103-4450
12958021      +Dr. Steve B. Coker,    900 Jorie Blvd. #220,    Oak Brook, IL 60523-3846
14068060       FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
14166157      +First National Bank of Omaha,    1620 Dodge St., Stop Code 3105,    Omaha, NE 68197-0002
12958022       First National Bank of Omaha,    xxxx xxxx xxxx 8027,    P.O. Box 2557,    Omaha, NE  68103-2557
12958025       HSBC CArd Services,    xxxx xxxx xxxx 2765,    P.O. Box 80082,    Salinas, CA  93912-0082
12958023      +Harris Bank,    00009901127114,    3800 Golf Rd, #300,    Rolling Meadows, IL 60008-4037
12958024       Home Depot Credit Services,    xxxx xxxx xxxx 7802,    P.O. Box 689100,    Des Moines, IA 50364-9100
14403333      +James Huber,    1294 Appaloosa Way,    Bartlett, IL 60103-1872
12958026      +Lifetime Fitness,    101821387,    455 Scott Dr.,    Bloomingdale, IL 60108-3112
12958027      +MRI Lincoln Imaging Center,    61490,    P.O. Box 2957,    Carol Stream, IL 60132-0001
12958028      +National City,    56-248-5383748270,    P.O. Box 856153,    Louisville, KY 40285-6153
12958029       National City,    xxxx xxxx xxxx 8610,    P.O. Box 2349,    Kalamazoo, MI  49003-2349
13834795      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
12958030       United Mileage Plus,    xxxx xxxx xxxx 8966,    Card Member Services,    P.O. Box 15153,
                Wilmington, DE  19886-5153
12958032       Washington Mutual,    0694236043,    P.O. Box 100576,    Florence, SC  29502-0576
12958031       Washington Mutual,    xxxx xxxx xxxx 9524,    P.O. Box 660433,    Dallas TX  75266-0433
12958033       Wells Fargo Financial,    xxxxxx9986,    454 Redington Dr. #H,    South Elgin, IL  60177-2282
13904167       eCAST Settlement Corporation assignee of HSBC Bank,    Nevada and its Assigns,    POB 35480,
                Newark NJ 07193-5480
The following entities were noticed by electronic transmission on Mar 05, 2010.
aty           +E-mail/Text: DANATLAW@AOL.COM                           Daniel K Robin,    Daniel K Robin Ltd,
                121 S Wilke Rd #201,    Arlington Heights, IL 60005-1525
13820101       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2010 01:13:12     DISCOVER BANK,
                DFS SERVICES LLC,    PO BOX 3025,    NEW ALBANY, OHIO  43054-3025
12958018       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2010 01:13:12     Discover,
                xxxx xxxx xxxx 2372,    P.O. Box 3008,    New Albany, OH  40354-3008
12958019       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 06 2010 01:13:12     Discover,
                xxxx xxxx xxxx 6023,    P.O. Box 30395,    Salt Lake City, UT  84130-0395
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: pgordon              Page 2 of 2              Date Rcvd: Mar 05, 2010
Case: 08-34099                Form ID: pdf006            Total Noticed: 37

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 07, 2010**                    **Signature:**        *Joseph Speetjens*