UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| GALLO, MICHAEL ANTHONY | § | Case No. 08-34099 |
| GALLO, PAMELA TERESE | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Harris Bank 3800 Golf Rd, #300 Rolling Meadows, IL 60008 |  |  |  |  |  |
| National City P.O. Box 856153 Louisville, KY 40385-6153 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Washington Mutual P.O. Box 100576 Florence, SC  29502-0576 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express P.O. Box 297814 Ft. Lauderdale, FL 33329-7814 | | | | | |
| Bank of America P.O. Box 15726 Wilmington, DE 19886-5726 | | | | | |
| Bank of America P.O. Box 15726 Wilmington, DE 19886-5726 | | | | | |
| Best Buy Retail Services P.O. Box 17298 Baltimore, MD 21297 | | | | | |
| Capital One P.O. Box 5155 Norcross, GA 30091 | | | | | |
| Central Du Page Hospital c/o H&R Accounts Inc. 7017 John Deere Pkwy. Moline, IL 61266-0672 | | | | | |
| Chase P.O. Box 15153 Wilmington DE 19886-5153 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chicago Tribune Circulation c/o Biehl & Biehl P.O. Box 87410 Carol Stream, IL 60188-7410 | | | | | |
| Childrens Memorial Hospital c/o VanRu Credit Corp. 1350 W. Touhy Ave. #100e Des Plaines, IL 60018 | | | | | |
| Citi Card P.O. Box 6000 The Lakes, NV 89163-6000 | | | | | |
| Discover P.O. Box 3008 New Albany, OH 40354-3008 | | | | | |
| Discover P.O. Box 30395 Salt Lake City, UT 84130-0395 | | | | | |
| Dr. James Ryan 840 W. Bartlett Rd. Bartlett, IL 60103 | | | | | |
| Dr. Steve B. Coker 900 Jorie Blvd. #220 Oak Brook, IL 60523 | | | | | |
| First National Bank of Omaha P.O. Box 2557 Omaha, NE 68103-2557 | | | | | |
| HSBC CArd Services P.O. Box 80082 Salinas, CA 93912-0082 | | | | | |
| Home Depot Credit Services P.O. Box 689100 Des Moines, IA 50364-9100 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lifetime Fitness 455 Scott Dr. Bloomingdale, IL  60108 | | | | | |
| MRI Lincoln Imaging Center P.O. Box 2957 Carol Stream, IL  60132 | | | | | |
| National City P.O. Box 2349 Kalamazoo, MI  49003-2349 | | | | | |
| United Mileage Plus Card Member Services P.O. Box 15153 Wilmington, DE  19886-5153 | | | | | |
| Washington Mutual P.O. Box 660433 Dallas TX  75266-0433 | | | | | |
| Washington Mutual P.O. Box 660433 Dallas TX  75266-0433 | | | | | |
| Wells Fargo Financial 454 Redington Dr.  #H South Elgin, IL  60177-2282 | | | | | |
| Wells Fargo Financial 454 Redington Dr.  #H South Elgin, IL  60177-2282 | | | | | |
| AMERICAN EXPRESS BANK FSB | | | | | |
| CHASE BANK USA, NA | | | | | |
| CHASE BANK USA, NA | | | | | |
| DISCOVER BANK | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DISCOVER BANK | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| FIRST NATIONAL BANK OF OMAHA | | | | | |
| JAMES HUBER | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-34099 EW Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GALLO, MICHAEL ANTHONY | Date Filed (f) or Converted (c): | 12/12/08 (f) |
| | GALLO, PAMELA TERESE | 341(a) Meeting Date: | 01/26/09 |
| For Period Ending: | 05/10/10 | Claims Bar Date: | 07/20/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 159 Dallas Drive Bartlett IL | 370,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. nominal cash | 100.00 | 100.00 | DA | 0.00 | FA |
| 3. checking & sav Parkway Bk | 200.00 | 200.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. checking at Premier CU | 10.00 | 10.00 | DA | 0.00 | FA |
| 5. checking Midwest Bk | 10.00 | 10.00 | DA | 0.00 | FA |
| 6. misc furniture furnishings and electronics | 600.00 | 600.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. clothing | 300.00 | 300.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. wedding ring | 200.00 | 200.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. two term life Jackson Nat Life | 1.00 | 1.00 | DA | 0.00 | FA |
| 10. Two Bright Start college accounts; one for each ch | 508.00 | 508.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. Morgan Stanley IRA | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. Retirement account | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 13. tax refund | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. 2001 Dodge Intrepid | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 15. 2003 Envoy | 6,000.00 | 6,000.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |

LFORM1  Ver: 15.08
UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 08-34099 EW Judge: EUGENE R. WEDOFF | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | GALLO, MICHAEL ANTHONY | Date Filed (f) or Converted (c): | 12/12/08 (f) |
| | GALLO, PAMELA TERESE | 341(a) Meeting Date: | 01/26/09 |
| | | Claims Bar Date: | 07/20/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16. Preference Claim - James Huber | 26,000.00 | 26,000.00 | | 24,800.00 | FA |
| 17. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.20 | FA |
| TOTALS (Excluding Unknown Values) | $412,929.00 | $42,929.00 | | $24,804.20 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 04/30/10     Current Projected Date of Final Report (TFR): 04/30/10

LFORM1

**UST Form 101-7-TDR (9/1/2009)** *(Page: 10)*

Ver: 15.08

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-34099 -EW | | Trustee Name: | Phillip D. Levey |
| Case Name: | GALLO, MICHAEL ANTHONY | | Bank Name: | BANK OF AMERICA |
| | GALLO, PAMELA TERESE | | Account Number / CD #: | *******3412 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5487 | | | |
| For Period Ending: | 05/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/07/09 | 16 | James & Barbara Huber<br>1294 Appaloosa Way<br>Bartlett, IL | SETTLEMENT | 1141-000 | 24,800.00 | | 24,800.00 |
| 09/30/09 | 17 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.40 | | 24,800.40 |
| 10/30/09 | 17 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,801.03 |
| 11/30/09 | 17 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.61 | | 24,801.64 |
| 12/31/09 | 17 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,802.27 |
| 01/29/10 | 17 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,802.90 |
| 02/26/10 | 17 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.57 | | 24,803.47 |
| 03/31/10 | 17 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.63 | | 24,804.10 |
| 04/06/10 | 17 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 24,804.20 |
| 04/06/10 | | Transfer to Acct #*******3593 | Final Posting Transfer | 9999-000 | | 24,804.20 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 24,804.20 | 24,804.20 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 24,804.20 | |
| Subtotal | 24,804.20 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 24,804.20 | 0.00 | |

Page Subtotals  24,804.20  24,804.20

Ver: 15.08

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-34099 -EW | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | GALLO, MICHAEL ANTHONY | | Bank Name: | BANK OF AMERICA |
| | GALLO, PAMELA TERESE | | Account Number / CD #: | *******3593 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5487 | | | |
| For Period Ending: | 05/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Transfer from Acct #*******3412 | Transfer In From MMA Account | 9999-000 | 24,804.20 | | 24,804.20 |
| 04/06/10 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 3,230.42 | 21,573.78 |
| 04/06/10 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 41.68 | 21,532.10 |
| 04/06/10 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,357.00 | 17,175.10 |
| 04/06/10 | 000104 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OHIO 43054-3025 | Claim 000001, Payment 13.82972% | 7100-000 | | 1,098.17 | 16,076.93 |
| 04/06/10 | 000105 | DISCOVER BANK<br>DFS SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY, OHIO 43054-3025 | Claim 000002, Payment 13.82970% | 7100-000 | | 2,114.15 | 13,962.78 |
| 04/06/10 | 000106 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000003, Payment 13.82977% | 7100-000 | | 564.74 | 13,398.04 |
| 04/06/10 | 000107 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 13.82956% | 7100-000 | | 432.55 | 12,965.49 |
| 04/06/10 | 000108 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000005, Payment 13.82975% | 7100-000 | | 1,209.28 | 11,756.21 |
| | | | Page Subtotals | | 24,804.20 | 13,047.99 | |

Ver: 15.08

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-34099 -EW | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | GALLO, MICHAEL ANTHONY | Bank Name: | BANK OF AMERICA |
| | GALLO, PAMELA TERESE | Account Number / CD #: | *******3593 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5487 | | |
| For Period Ending: | 05/10/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/06/10 | 000109 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000006, Payment 13.82971% | 7100-000 | | 3,267.33 | 8,488.88 |
| 04/06/10 | 000110 | eCAST Settlement Corporation assignee of HSBC Bank<br>Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000007, Payment 13.82976% | 7100-000 | | 765.96 | 7,722.92 |
| 04/06/10 | 000111 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000008, Payment 13.82962% | 7100-000 | | 319.20 | 7,403.72 |
| 04/06/10 | 000112 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000009, Payment 13.82976% | 7100-000 | | 1,347.92 | 6,055.80 |
| 04/06/10 | 000113 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000010, Payment 13.82970% | 7100-000 | | 1,806.67 | 4,249.13 |
| 04/06/10 | 000114 | First National Bank of Omaha<br>1620 Dodge St., Stop Code 3105<br>Omaha, NE 68197 | Claim 000011, Payment 13.82965%<br>(11-1) XXXX-XXXX-XXXX-8027 GALLO,<br>MICHAEL ANTHONY & PAMELA TERESA | 7100-000 | | 819.35 | 3,429.78 |
| 04/06/10 | 000115 | James Huber<br>1294 Appaloosa Way<br>Bartlett, IL 60103 | Claim 000012, Payment 13.82976% | 7100-000 | | 3,429.78 | 0.00 |

Page Subtotals 0.00 11,756.21

Ver: 15.08

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 08-34099 -EW |
| Case Name: | GALLO, MICHAEL ANTHONY |
| | GALLO, PAMELA TERESE |
| Taxpayer ID No: | *******5487 |
| For Period Ending: | 05/10/10 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3593 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 24,804.20 | 24,804.20 | 0.00 |
| Less: Bank Transfers/CD's | 24,804.20 | 0.00 | |
| Subtotal | 0.00 | 24,804.20 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 24,804.20 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********3412 | 24,804.20 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********3593 | 0.00 | 24,804.20 | 0.00 |
| | 24,804.20 | 24,804.20 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 15.08

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 14)*